AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 AUG -8 PM 3:35

CLERK

BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

United States of America
v.

KHADKA BADAL

*Defendant*

Case No. 5:22-cr-86-2

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Khadka BADAL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1001(a)(2) willfully and knowingly made a materially false, fictitious, and fraudulent statement

Date: 08/04/2022

*Lisa Wright*
*Issuing officer's signature*

Lisa Wright, Deputy Clerk
Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*

City and state: Burlington, VT

### Return

This warrant was received on *(date)* 8/4/2022, and the person was arrested on *(date)* 8/5/2022
at *(city and state)* Essex Junction, VT.

Date: 8/5/2022

*Arresting officer's signature*

Brittany Prue, Deputy US Marshal
*Printed name and title*